FILED
SEP -1 [illegible] 27
[illegible] DISTRICT COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 201 MISC

Neville Heinrich McGilchrist - #101089
_____/

**ORDER TO SHOW CAUSE**

It appearing that Neville Heinrich McGilchrist has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Neville Heinrich McGilchrist
Municipal Services Group
5125 South Kipling Parkway, Suite 300
Littleton, CO 80127